MERRITT, Circuit Judge,
concurring.
I concur in the Court’s disposition of this frivolous case. Here a woman voluntarily engaged in sex with a police officer many times over a long time and then sues the officer and the police department for a federal constitutional violation. In a legal world in which frivolous lawsuits are so frequent that judges have become inured to them and treat them as though they were serious cases, this one takes the cake. I have reviewed many frivolous cases in my years on the bench, but I suppose it is the voluntary sexual element that makes it seem the most ludicrous one that I can remember. Counsel for Ms. Burris, Jeffrey Moore of Columbus, obviously is unable to distinguish between a case that has no possibility of success and one based on a hope and a prayer. We will wait to see how the City Attorney’s Office thinks that costs should be handled.